

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2021

No. 04-21-00058-CV

**DIAMOND ENVIRONMENTAL MANAGEMENT, L.P.**; Bexar County Emergency Service District No. 5; and Bexar County Emergency Service District No. 10,
Appellants

v.

**CITY OF SAN ANTONIO, TEXAS,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-26125
Honorable Aaron Haas, Judge Presiding

# O R D E R

This appeal was originally designated as an accelerated appeal filed by three appellants: Bexar County Emergency Services District No. 5, Bexar County Emergency Services District No. 10, and Diamond Environmental Management, L.P. (collectively, "appellants"). One of the appellants, Diamond Environmental Management, L.P., and the appellee, the City of San Antonio filed notices with this court stating the appeal from the final judgment granting the City's plea to the jurisdiction should not be treated as accelerated. We agree and the direct the clerk of this court to re-set appellate deadlines accordingly.

Ms. Mary Beth Sasala and Ms. Maria Gallegos are the court reporters responsible for filing the reporter's records in this appeal. On March 4, 2021, this court ordered appellants to provide written proof to this court **no later than March 15, 2021** that either (1) Ms. Sasala's fee has been paid or arrangements have been made to pay her fee; or (2) appellants are entitled to appeal without paying Ms. Sasala's fee. Our order cautioned appellants that if they failed to respond within the time provided, this court would only consider those issues raised in appellants' briefs that do not require a reporter's record from Ms. Sasala for a decision. *See* TEX. R. APP. P. 37.3(c).

On March 4, 2021, this court ordered Ms. Gallegos to file either (1) a notification of late record stating appellants have not paid or made arrangements to pay for the reporter's record or (2) the reporter's record **no later than March 15, 2021**.

Although this appeal is no longer designated as an accelerated appeal, the above deadlines remain unchanged.

_____
Lori I. Valenzuela, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court